UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NATHANIEL WASHINGTON, Plaintiff, v. MARC DIAMOND, Defendant. | Case No. CV 17-666-VAP (PJW) ORDER ACCEPTING FINAL REPORT RE: DEFENDANT DETECTIVE MARC DIAMOND'S MOTION TO DISMISS COMPLAINT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss Plaintiff's Complaint, the records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendant Detective Marc Diamond's motion to dismiss Plaintiff's Complaint is denied.

DATED: June 6, 2018

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

O:\VAP\ECF Ready\LA17CV00666 VAP(PJW)-ORD-R&R.wpd