UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-00666-VAP-SHK | Date: | August 16, 2022 |
| Title: | *William Nathaniel Washington v. Marc Diamond, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

　　On June 23, 2022, Plaintiff William Nathaniel Washington ("Plaintiff") filed a Notice of Retainment of Attorney ("Notice").  Electronic Case Filing Number ("ECF No.") 154, Notice.  In the Notice, Plaintiff indicated that on January 6, 2022, he retained the servies of Attorney David Elliot Kenner ("Mr. Kenner") and Plaintiff attached an executed Attorney-Client Agreement for Legal Services to his Notice.  Id. at 1-5.

　　On July 6, 2022, Plaintiff was ordered ("Order") to indicate in writing by July 20, 2022, "why his retained attorney has not filed his notice of appearance if he was retained since January 6, 2022 or [to] have his attorney file a notice of appearance by July 20, 2022" because "'[a]n appearance before the Court on behalf of another person, . . . may be made only by members of the Bar of this Court[.]'"  ECF No. 155, Order at 2 (quoting Local Rule 83-2.1.1.1).

　　As of the date of this order, Plaintiff has failed to respond to the Court's Order and Plaintiff's attorney has similarly not filed a notice of appearance.  Further, on July 29, 2022, the Court's Order was returned to the Court ("Returned Order") with Plaintiff's name and address crossed out and a notation stating "unable to forward" on the returned envelope.  ECF No. 160, Retuned Order at 1 (capitalization normalized).  Thus, it appears that Plaintiff has moved and has not provided his new address to the Court.

　　Local Rule of Civil Procedure for the United States District Court for the Central District of California ("Local Rule") 41-6 requires a pro se party to keep the Court and opposing parties apprised of the party's current address, telephone number, and e-mail address, if any.  If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the

Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Because mail sent to Plaintiff was returned as undeliverable more than fifteen days ago and Plaintiff has not notified the Court of his new address in violation of the Local Rules, and because Plaintiff has not timely responded to the Court's previous Order, Plaintiff is ORDERED TO SHOW CAUSE, by **August 30, 2022**, why this case should not be dismissed for failure to prosecute and follow Court orders and the Local Rules.  Plaintiff can satisfy this order by updating the Court with his current address, **and** by either: (1) indicating in writing why his attorney has not filed a notice of appearance in this case as ordered; or (2) causing his attorney to file a notice of appearance by the date above.

Plaintiff is cautioned that failing to update the Court with his current address by the above stated deadline **and** performing one of the above stated two options with regard to his attorney's notice of appearance **will result in a recommendation that this action be dismissed with or without prejudice for failure to prosecute and follow Court orders.**

**IT IS SO ORDERED.**