JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NATHANIEL WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARC DIAMOND, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00666-VAP-SHK<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  September 20, 2022

　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge